UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LOUBNA SALAGH MASSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-1383 (RJL) |
| | ) | |
| HILLARY CLINTON *et al.*, | ) | **FILED** |
| | ) | |
| Defendants. | ) | **JAN 2 9 2014** |

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ORDER

January 28 2014

Upon consideration of the parties' Joint Report [Dkt. # 24] pursuant to Local Civil

Rule 16.3, the entire record herein, and for good cause shown, it is hereby

**ORDERED** that the parties shall file all amended or supplemental pleadings and

shall join additional parties by February 21, 2014; it is further

**ORDERED** that discovery shall begin on or about February 24, 2014, and all

discovery shall be completed on or before July 15, 2014; it is further

**ORDERED** that initial disclosures will be made no later than 30 days after the

Court issues this Order; it is further

**ORDERED** that the parties shall file their designation of expert witnesses no later

than March 15, 2014; any defendant reports will be submitted no later than April 15,

2014; and any plaintiff rebuttal reports will be submitted no later than May 15, 2014; it is

further

**ORDERED** that the parties shall be limited to twenty-five (25) interrogatories and (10) depositions per side; and it is further

**ORDERED** that all dispositive motions shall be filed no later than 30 days after the close of discovery; oppositions 30 days thereafter; and replies, if any, 30 days after filing of oppositions.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge