UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOUBNA SALAGH MASSEY,

    Plaintiff,

V.

    Civil Action No. 12-1383 (RJL)

HILLARY CLINTON, et al.,

    Defendants.

## REQUEST FOR EXTENSION OF TIME

Plaintiff's counsel has recently left the firm and cannot continue this pro bono representation. To permit withdrawal and substitution of plaintiff's counsel, counsel for plaintiff and defendant have agreed to jointly request a two week extension to file amended or supplemental pleadings and to join additional parties.

Date: February 20, 2014

Respectfully submitted,

/s/
Preston N. Thomas (D.C. Bar No. 1010328)
Attorney for the Plaintiff