UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
LOUBNA SALAGH MASSEY,               )
                                    )
    Plaintiff,                      )
                                    )    **Civil Action No. 12-1383 (RJL)**
    v.                              )
                                    )
HILLARY CLINTON, et al.,            )
                                    )
    Defendants.                     )
                                    )
_____)

## MOTION FOR WITHDRAWAL

Squire Sanders (US) LLP ("Squire Sanders") respectfully moves, pursuant to Local Civil Rule 83.11(b)(6)(i)(dd) and for the reasons set forth below, for an Order relieving it from the Order of Appointment in this action, and permitting it to withdraw from representation of the plaintiff.

In support and this motion, Squire Sanders states as follows:

1. By letter dated May 16, 2013, from Addie D. Hailstocks, *Pro Se* Staff Attorney for this Court, to the undersigned, Squire Sanders was advised that it had been appointed to represent the *pro se* plaintiff in the captioned employment discrimination case. As *pro bono* coordinator for the Washington, D.C. Office of Squire Sanders, I inquired of the attorneys in that office whether anyone would be able to assume that representation.

2. Preston N. Thomas, then a senior associate at Squire Sanders, agreed to handle the representation of the plaintiff. After receiving the plaintiffs' consent, Mr. Thomas entered an

- 2 -

appearance in this case on August 16, 2013.

3.       On or about January 27, 2014, Mr. Thomas resigned from Squire Sanders, and joined the Washington, DC office of the Jones Day law firm.  He subsequently advised Squire Sanders that he did not wish to continue his representation of the plaintiff in his new position at Jones Day.

4.       After receiving Mr. Thomas' notice that he did not wish to continue his representation of the plaintiff, I attempted to locate another attorney in the Washington, D.C. Office of Squire Sanders to replace Mr. Thomas in this matter.  Despite numerous inquiries and entreaties, my efforts have not been successful at this time.  None of the attorneys in the Washington, D.C. office of Squire Sanders specializes in or practices in the area of employment discrimination law.  Of the seven litigation attorneys who are principally located in Washington, D.C., two are largely retired.  Three of the remaining five are partners who are currently involved in on-going litigation matters that require extensive travel outside this District.  The other two are litigation associates who are also extremely busy at this time.  One of them is involved in cases that also require extensive travel; the other is currently involved in an on-going *pro bono* project in addition to her very substantial client work.

5.       I am unable to handle the representation of the plaintiff myself, principally because of my current travel schedule.  I am currently lead counsel for China Airlines, Ltd., a Taiwanese airline which is a defendant in two multi-district litigations, both antitrust class actions.  One is based in the Eastern District of New York (*In re Air Cargo Shipping Services Antitrust Litigation*, Civ. No. 06-md-1775, MDL No. 1775 (E.D.N.Y.); the other in the Northern District of California (*In re Transpacific Passenger Air Transportation Antitrust Litigation*, Civ. No. 07-cv-5634, MDL No. 1913 (N.D. Cal.).  These cases require me to travel frequently to New

York, California, and Taiwan.  Since mid-January 2014, I have spent 23 days away from my office, including 12 days in Taiwan and 11 days in New York and California.  This schedule is expected to continue for the foreseeable future.  I am scheduled to be in California, for example, from March 13 through March 15, and in Taiwan from March 23 through March 30.

6. In addition, I have spent an average of 188 hours per year on non-billable, *pro bono* matters for the past two years, and expect to spend a comparable number of hours on such matters in 2014.  For the past several years, most of my *pro bono* work has involved my service, on an unpaid basis, as General Counsel for a Washington, DC-based non-profit, 501(c)(3) organization, the National Coalition to Abolish the Death Penalty.

7. Under this Court's January 22, 2014, Scheduling Order, and February 24, 2014 Minute Order granting the Parties' joint Request for Extension of Time, the plaintiff is required to file all amended and supplemental pleadings and to join any additional parties by March 7.  Squire Sanders therefore further requests that this action be stayed until substitute counsel may be located and such counsel enters an appearance in this action.

8. I have consulted with counsel for the Defendants, Ms. Rhonda Fields (AUSA), about this motion, and am authorized to state that the Defendants take no position on the motion.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order relieving Squire Sanders (US) LLP from the Order of Appointment in this action, and

////////////////////////////
////////////////////////////
////////////////////////////
////////////////////////////

permitting it to withdraw from representation of the plaintiff.

    A proposed Order is attached hereto.

                                          Respectfully submitted,

                                          __s/  James V. Dick__
                                          James V. Dick (D.C. Bar No. 213330

                                          SQUIRE SANDERS (US) LLP
                                          1200 Nineteenth Street N.W.
                                          Washington, DC 20036
                                          Email:  james.dick@squiresanders.com
                                          Telephone: (202) 626-6600
                                          Facsimile:  (202) 626-6780

Dated:  March 6, 2014

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
LOUBNA SALAGH MASSEY,               )
                                    )
    Plaintiff,                       )
                                    )   **Civil Action No. 12-1383 (RJL)**
    v.                               )
                                    )
HILLARY CLINTON, et al.,            )
                                    )
    Defendants.                      )
                                    )
_____)

**[PROPOSED] ORDER**

Upon consideration of Squire Sanders' Motion for Withdrawal of representation pursuant to Local Civil Rule 83.11(b)(6)(i)(dd), and for good cause shown,

IT IS HEREBY ORDERED THAT:

(1)  Squire Sanders is relieved from the Order of Appointment in this action, and may withdraw from its representation of the plaintiff; and

(2)  This action shall be stayed until the *Pro Se* Staff Attorney for this Court locates other counsel for plaintiff and such counsel enters an appearance in this action.

                                                                                                                    _____
                                                                                                                   United States District Judge

Dated:  March___, 2014

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on March 6, 2014, I (i) filed the foregoing Motion for Withdrawal through the ECF filing system for the United States District Court for the District of Columbia in *Massey v. Clinton*, Civ. No. 12-1383 (D.D.C.), and (ii) served the foregoing Motion for Withdrawal upon the following by the means indicated below:

By electronic mail:

    Rhonda C. Fields, AUSA
    U.S. Attorney's Office (CIV)
    555 4th Street NW
    Washington, DC 20530
    E-Mail:  rhonda.fields@usdoj.gov
    Telephone:  (202) 252-2555
    Facsimile: (202) 252-2599
    **Counsel for Defendants**

By first-class United States mail, postage prepaid:

    Loubna Salagh Massey
    6129 Leesburg Pike
    Apartment 1118
    Falls Church, VA 22041
`    **Plaintiff**

    and

    Ms. Addie D. Hailstorks
    *Pro Se* Staff Attorney
    United States District Court for the District of Columbia
    333 Constitution Avenue NW
    Washington, DC 200001
    **Pro Se Staff Attorney for the District Court**

                                 __s/ James V. Dick_____
                                  James V. Dick (D.C. Bar No. 213330)

                                  SQUIRE SANDERS (US) LLP
                                  1200 Nineteenth Street N.W.
                                  Washington, DC 20036
                                  Email:  james.dick@squiresanders.com
                                  Telephone:  (202) 626-6600
                                  Facsimile:  (202) 626-6780